**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.                                                                           Case No. 3:04cr10/MCR

DAVID W. SVETE, ET AL.
_____

**O R D E R**

The court's December 2, 2008, Order Granting Receiver's Motion to Approve Compromise and Settlement of Claims to Assets Subject to Forfeiture and Request for Order(s) in Aid of Same directed in part that the Receiver, upon approval of the British Columbia Supreme Court in the Canadian Receivership Proceeding, shall take such steps as may be necessary to cause the proceeds of the settlement pertaining to the disposition of the Canadian Funds attributable to the Umbrella Capital, LLC claim and subject to this Court's Repatriation and Forfeiture Orders, to be repatriated to the Clerk of this Court to await the further order of this Court.  (See doc. 789).  It is now ordered that the Clerk of Court shall accept such funds for deposit into the registry of the Court.

**IT IS SO ORDERED** this 23rd day of December, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**