UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                         CASE NO.: 3:04cr10/MCR

DAVID W. SVETE

_____/

ORDER AUTHORIZING
RELEASE OF REPATRIATED FUNDS

Pursuant to the hearing on the Receiver's Motion to Approve Compromise and Settlement of Claim of Homer & Bonner, P.A. to Assets Subject to Forfeiture, Request for Order(s) in Aid of Same, and Memorandum in Support Thereof, the court granted the motion and directed the Receiver to take such steps as may be reasonably necessary to pursue obtaining the requisite approval of the Receivership Court.  (See doc. 885).  Upon filing of notification from the Receiver of approval of the compromise and settlement from the United States District Court for the Southern District of Ohio, the clerk shall release the remaining balance of the repatriated funds.  Accordingly, it is

ORDERED:

1. On satisfaction of the condition noted in paragraph 2 below, the court hereby authorizes the release by the clerk of this court of the remaining balance of $401,125.00 from the Repatriated Funds.

2. Upon the Receiver's filing of notification of approval of the compromise and settlement from the United States District Court for the Southern District of Ohio, the clerk of the court is directed to pay said released funds as follows:

a. Disburse payment of $95,000.00 to Homer & Bonner, P.A., in accordance with the compromise and settlement of its claim for attorney fees and costs, and in full satisfaction of any claim it may have to the Umbrella Funds or to any other assets which are subject to forfeiture and/or the assets of the Ohio Receivership; and

      b.    Disburse the remaining balance of the repatriated funds in the amount of $306,125.00 to the Receiver, and the Receiver, consistent with the court's directives in the Amended Judgment and Sentence on file in this cause (doc. 593), is to redistribute the funds to the former investors of LifeTime Capital, Inc., as victims of defendant's fraudulent schemes for which he was convicted and sentenced in this criminal proceeding.

**DONE and ORDERED** this 25th day of June, 2009.

        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**